UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES BOYD,            ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO. |
| VS.                           ) | |
| ) | 3:06-CV-2095-G |
| C.O.R. PHIPPS,        ) | |
| ) | **ECF** |
| Defendant.   ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions rnd Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are **ACCEPTED**.

It is further **ORDERED** that plaintiff is **BARRED** from proceeding *in forma pauperis* and this action is **DISMISSED** as barred by three strikes under 28 U.S.C. § 1915(g).

December 13, 2006.

```
                                        _____
                                        A. JOE FISH
                                        CHIEF JUDGE
```